JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LISA SOLTERO | Case No.: 2:25-cv-09768-PVC |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, L.P. | |
| Defendants. | |

## JUDGMENT

Defendants LVNV Funding LLC and Resurgent Capital Services, L.P. submitted an offer of judgment pursuant to Rule 68 to Plaintiff Lisa Soltero ("Plaintiff") on February 5, 2026.  Plaintiff accepted LVNV Funding LLC and Resurgent Capital Services, L.P.'s offer on February 11, 2026.  Pursuant to the offer, judgment is hereby entered in favor of Plaintiff and against Defendants LVNV Funding LLC and Resurgent Capital Services, L.P., jointly and severally, in the amount of $3,001.

Counsel for Plaintiff shall file its motion for attorney's fees and costs, which is to be awarded separately from the $3,001 to be paid to Plaintiff.  Plaintiff's

1

JUDGMENT

counsel shall file its requests for attorney's fees and costs within 30 days from entry of this judgment.

IT IS SO ORDERED.

DATED: February 17, 2026

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

. JUDGMENT